IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-01441-CNS-SKC | Date: February 27, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| TODDY LLC | *Saul Cohen* |
|  | *David Kelly* |
|  | *Melissa Romero* |
| **Plaintiff/Counter Defendant** | |
| v. | |
| BRUMATE INC | *Bradley Stohry* |
| **Defendant/Counter Claimant** | |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 9:01 a.m.

Appearance of counsel.

Argument as to [45/50] Defendant's Motion for Summary Judgment and [47/51] Plaintiff's Motion for Summary Judgment given by Mr. Stohry and Mr. Cohen with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:**   [45/50] Defendant's Motion for Summary Judgment is DENIED.

[47/51] Plaintiff's Motion for Summary Judgment is DENIED.

[37] Defendant's Motion to Strike/Exclude Plaintiff's Expert Witness Mandy Lozano is DENIED.

**ORDERED:**   **[38] Defendant's Motion to Strike/Exclude Plaintiff's Expert Witness Natalie Schilling, PhD is DENIED.**

Discussion held on trial setting and settlement possibility.

**ORDERED:**   **Parties are to file a joint status report within 10 days of completing mediation.**

Court in Recess:  9:57 a.m.             Hearing concluded.             Total time in Court:  00:56