IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01441-CNS-JPO

TODDY, LLC,

       Plaintiff,

v.

BRUMATE, INC.,

       Defendant.

## **JOINT** MOTION TO REDACT CONFIDENTIAL DOCUMENTS CONTAINED IN TRANSCRIPT OF FEBRUARY 27, 2024 ORAL ARGUMENT

Pursuant to Local Rule 7.2(c) and the Protective Order issued in this case [ECF No. 23], Toddy, LLC ("Plaintiff" or "Toddy") and Brumate, Inc. ("Defendant" or "Brumate"), through their undersigned counsel, jointly move for an order requiring redaction of certain confidential business information contained in the transcript of the February 27, 2024 Oral Argument [ECF 87] (the "Transcript"). Pursuant to Local Rule 7.1, the parties' counsel jointly certify that they conferred regarding this motion and move jointly for the relief requested.

Under Local Rule 7.2, a motion to restrict access shall (1) identify the document or the proceeding for which restriction is sought; (2) address the interest to be protected and why such interest outweighs the presumption of public access; (3) identify a clearly defined and serious injury that would result if access is not restricted; (4) explain why no alternative to restriction is practicable or why only restriction will adequately protect the interest in question; and (5) identify the level of restriction sought. D.C.Colo.LCivR. 7.2(c).

As courts in this district have recognized, "[a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing." *SBM Site Servs., LLC v. Garrett*, No. 10-cv-00385-WJM-BNB, 2011 WL 1375117, at *3 (D. Colo. Apr. 12, 2011) (granting a motion to seal records the plaintiff contended contained trade secrets and confidential business information) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978)); *see also* Fed. R. Civ. P. 26(c)(1)(G) (permitting the court to issue protective orders limiting disclosure of confidential and trade secret information).

Courts frequently restrict access to confidential financial information. *See Zahourek Sys., Inc. v. Balanced Body*, LLC, No. 13-CV-01812-RM-CBS, 2015 WL 13850593, at *1 (D. Colo. June 19, 2015) (restricting access to documents containing financial information); *Health Grades, Inc. v. MDx Med., Inc.*, No. 11-CV-00520-RM-BNB, 2014 WL 12741068, at *2 (D. Colo. Mar. 28, 2014) (same); *Collins v. Diversified Consultants Inc.*, No. 15-CV-02115-RBJ-NYW, 2016 WL 11693445, at *2 (D. Colo. Aug. 25, 2016) (restricting access to documents containing financial information, credit reporting, and business policies that are confidential in nature and cannot be adequately redacted); *Church Mut. Ins. Co. v. Coutu*, No. 17-CV-00209-RM-NYW, 2018 WL 10911737, at *2 (D. Colo. Sept. 10, 2018) (restricting access to certain business and financial documents not previously made available to the public).

During oral arguments, references were made to confidential information about the parties' financial performance. Publicly revealing this sensitive non-public information about each company's financial status would cause significant damage to their individual competitive standing if made public. *See Zahourek*, 2015 WL 13850593, at *1 (restricting financial documents); *Health Grades*, 2014 WL 12741068, at *2 (same); *Collins*, 2016 WL 11693445, at *2 (same); *Coutu*, 2018 WL 10911737, at *2 (same). The parties produced financial and

accounting records as "Attorneys' Eyes Only" pursuant to the Protective Order [ECF No. 23]. Furthermore, the public interest in financial information about the parties is minimal.

The table below lists each page/line of the Transcript to include redactions. In each instance, the parties seek partial redaction in an effort to keep fully restricted documents to a minimum.

| Pg. No. | Ln. No. | Proposed restriction/redaction | Redacted Page Attached as Ex. |
|---|---|---|---|
| 6 | 20 | Redact Brumate's confidential financial information. Non-redacted version will be restricted to Level 1 public access. | 1 |
| 8 | 22 | Redact Toddy's confidential financial information. Non-redacted version will be restricted to Level 1 public access. | 2 |
| 23 | 16 | Redact Brumate's confidential financial information. Non-redacted version will be restricted to Level 1 public access. | 3 |
| 24 | 15 | Redact Toddy's confidential financial information. Non-redacted version will be restricted to Level 1 public access. | 4 |
| 31 | 13 | Redact both parties' confidential financial information. Non-redacted version will be restricted to Level 1 public access. | 5 |

Redacted versions of the referenced pages from the Transcript are attached as Exhibits 1 (pg. 6), 2 (pg. 8), 3 (pg. 23), 4 (pg. 24), and 5 (pg. 31).

WHEREFORE, the parties jointly request that the Court order redaction of the Transcript as outlined herein and restrict under Level 1 public access to the non-redacted Transcript.

A proposed order is attached hereto for the Court's convenience.

Dated: April 1, 2024                             Respectfully submitted,

s/David M. Kelly                                 s/Bradley M. Stohry
David M. Kelly                                   Bradley M. Stohry
Jason Joyal                                      REICHEL STOHRY DEAN LLP
Saul Cohen                                       6151 Central Ave
Shelby McGowan                                   Indianapolis, IN 46220
KELLY IP, LLP                                    Phone: (317) 501-2891
1300 19th Street, N.W., Suite 420                Email: brad@rsindy.com
Washington, D.C. 20036
Telephone: (202) 808-3570                        *Attorney for Defendant*
Email: david.kelly@kelly-ip.com
       jason.joyal@kelly-ip.com

pg 4 of 5

      saul.cohen@kelly-ip.com
      shelby.mcgowan@kelly-ip.com

Carolyn J. Fairless
Melissa L. Romero
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: (303) 244-1800
Email:  fairless@wtotrial.com
         romero@wtotrial.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel for all parties of record.

/s/Bradley M. Stohry